No. ——, Original. ALABAMA *v.* TEXAS ET AL.; and
No. ——, Original. RHODE ISLAND *v.* LOUISIANA ET AL. These cases are set for hearing on the motions for leave to file the complaints. THE CHIEF JUSTICE took no part in the consideration or decision of this question. *Si Garrett,* Attorney General, and *M. Roland Nachman, Jr.* and *Gordon Madison,* Assistant Attorneys General, for the State of Alabama, complainant. *William E. Powers,* Attorney General, and *Thomas G. Corcoran* for the State of Rhode Island and Providence Plantations, complainant. *Attorney General Brownell, Acting Solicitor General Stern, Assistant Attorney General Rankin, Oscar H. Davis, John F. Davis* and *George S. Swarth* for Humphrey et al.; *John Ben Shepperd,* Attorney General, *Robert S. Trotti,* First Assistant Attorney General, and *Jesse P. Luton, Jr., William H. Holloway* and *Phillip Robinson,*

Assistant Attorneys General, for the State of Texas; *Fred S. LeBlanc,* Attorney General, *John L. Madden,* Assistant Attorney General, and *Bailey Walsh,* Special Assistant Attorney General, for the State of Louisiana; *Richard W. Ervin,* Attorney General, *Howard S. Bailey* and *Fred M. Burns,* Assistant Attorneys General, and *John D. Moriarty,* Special Assistant Attorney General, for the State of Florida; and *Edmund G. Brown,* Attorney General, *William V. O'Connor,* Chief Deputy Attorney General, *Everett W. Mattoon,* Assistant Attorney General, and *George G. Grover,* Deputy Attorney General, for the State of California, defendants.